**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ARTURO PENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ARTURO PENA, et al., ) <br> ) <br> ) <br> DEFENDANTS. ) <br> _____) | *CR.-S-08-090-EJG* <br><br> STIPULATION AND ORDER <br> TO CONTINUE JUDGMENT AND <br> SENTENCING TO <br> OCTOBER 14, 2011 |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Samantha Spangler, and defendant Arturo Pena by his attorney Mr. James R. Greiner, hereby stipulate and agree that the presently set Judgment and Sentencing date, calendared for **Friday, September 16, 2011, at 9:00 a.m.** before the Honorable Senior United States District Court Judge, Edward J. Garcia, may be vacated and the new Judgment and Sentencing date maybe set for **Friday, October 14, 2011, at 9:00 a.m.** Probation is in agreement with the continuance.

    The Court's courtroom deputy, Ms. Colleen Lydon, has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Friday, October 14, 2011.** The defendant agrees and stipulates to a waiver of time for her Judgment and Sentencing to Friday, October 14, 2011.

1

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 8-25-11

/s/ Samantha Spangler by e mail authorization
_____
Samantha Spangler
ASSISTANT UNITED STATES ATTORNEY

DATED: 8-25-11

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Arturo Pena

**ORDER**

**FOR GOOD CAUSE SHOWN,**

The Judgment and Sentencing date scheduled for Friday, September 16, 2011, is vacated and the new Judgment and Sentencing date is **Friday, October 14, 2011.**

**IT IS SO ORDERED.**

DATED: AUGUST 31, 2011.


/s/ Edward J. Garcia
**EDWARD J. GARCIA**
**SENIOR UNITED STATES**
**DISTRICT COURT JUDGE**