UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | 2:08cr0090 EJG |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARTURO MENDOZA PENA | ) | |

The defendant is hereby ordered released from the custody of the U. S. MARSHAL, forthwith, because the court has sentenced the defendant to time served..

EDWARD J. GARCIA
SR. U. S. DISTRICT JUDGE

Dated: October 14, 2011.